DEK

FILED
2008 AUG 22 AM 11:33
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: '08 MJ 2592 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| Juan Carlos ALFONSO, Sr. | ) | |
| Defendant, | ) | |

The undersigned complaint being duly sworn states:

On or about August 22, 2008 within the Southern District of California, Juan Carlos Alfonso, Sr. did knowingly and intentionally import approximately 91.95 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22d DAY OF AUGUST, 2008.

Honorable Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

8/21/08

# PROBABLE CAUSE STATEMENT

I, Special Agent William Pena, declare under penalty of perjury, the following is true and correct:

On August 22, 2008, at approximately 12:45 AM, Felipe Castro Juan Carlos ALFONSO, SR applied for admission into the United States from the Republic of Mexico through the San Ysidro, California, Port of Entry. ALFONSO, SR. was the driver and sole occupant of a 1990 Chevrolet pick up truck bearing US/California license plates number 5G04557.

On August 22, 2008, at approximately 12:43 AM, Customs and Border Protection (CPP)/Canine Enforcement Officer (CEO) Walter McDaniel noticed that his Narcotic Detection Dog "Charon" alerted to the presence of a narcotic odor emmitting from the driver side front fender well area of the 1990 Chevrolet pick up truck driven by ALFONSO, SR..

On August 22, 2008 at approximately 12:43 A.M. Customs and Border Protection (CBP) Officer Luis Castro made contact with ALFONSO, SR on lane number 6. ALFONSO, SR. gave Officer Castro two negative Customs declarations and said that he was a United States Citizen by virtue of birth. ALFONSO, SR. ALFONSO, SR. stated that he was the owner of the vehicle and had possession of the vehicle for the past three weeks. Officer Castro noticed a strong soapy odor emitting from the hood of the vehicle. Officer Castro asked ALFONSO, SR. to open the hood of his vehicle. ALFONSO, SR. had difficulty performing this task. Officer Castro asked ALFONSO, SR to return to his vehicle. ALFONSO, Sr. then produced a State of California Voter Registration Form with the words "I need help officer". Officer Castro then escorted the vehicle and ALFONSO, SR. to the Vehicle Secondary Lot for further inspection.

.At the Secondary Vehicle Inspection Officer Angel Salazar conducted a seven-point inspection of the vehicle. Officer Salazar discovered packages wrapped in what appeared black electrical tape concealed in the vehicle's engine compartment. Officer Salazar probed the contents of one of the packages containing a green leafy substance, which field-tested positive for marijuana. A total of forty four packages were removed from 1990 Chevrolet pick up truck. The packages had a total weight of 99.95 kilograms. Officer Salazar placed ALFONSO, SR. under arrest for transporting a controlled substance.

On August 22, 2008, at approximately 5:55 AM, Immigration and Customs Enforcement (ICE) Special Agent William Pena advised ALFONSO, SR. of his rights per Miranda in the English language. ICE Special Agent Kathy Martell witnessed this advisement of rights. ALFONSO, SR. stated that he understood his rights and was willing to answer questions without having an attorney present.

DEK

CONTINUATION OF PROBABLE CAUSE STATEMENT
RE: Felipe Castro ALFONSO, SR.

ALFONSO, SR. admitted that he knowingly smuggled narcotics, although he did not what kind, into the U.S. on today's date and approximately one week and half ago. ALFONSO, SR. stated that he smuggled the narcotics into the U.S. because Mexican law enforcement had threatened the safety of his family and his life if he did not smuggle the narcotics.

Felipe De Jesus ALFONSO, SR. was arrested and charged with violation of Title 21 United States Codes 952 & 960, Importation of a Controlled Substance. ALFONSO, SR. was booked into the Metropolitan Correctional Center, San Diego, CA.

Executed on August 22, 2008

William Pena
Special Agent,
U.S. ICE

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 22, 2008, in violation of Title 21, United States Code, Section (s) 952 & 960.

Honorable Barbara L. Major
United States Magistrate Judge

Date/Time