FILED

08 SEP -3 PM 2:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS ALFONSO, SR.,<br>Defendant. | Criminal Case No. '08 CR 2970 BTM<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about August 22, 2008, within the Southern District of California, defendant JUAN CARLOS ALFONSO, SR. did knowingly and intentionally import 50 kilograms and more, to wit: approximately 91.95 kilograms (202.29 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

GFN:em:San Diego
8/28/08

Count 2

On or about August 22, 2008, within the Southern District of California, defendant JUAN CARLOS ALFONSO, SR. did knowingly and intentionally possess, with intent to distribute, 50 kilograms and more, to wit: approximately 91.95 kilograms (202.29 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: September 3, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
GREGORY F. NOONAN
Assistant U.S. Attorney