TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Alfonso

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CAROLS ALFONSO, SR.,<br><br>Defendant. | Criminal No. 08CR2970-BTM<br><br>Date: Sept. 26, 2008<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTION AND MOTION TO ISSUE SUBPOENA PURSUANT TO 28 U.S.C. §1783 |

PLEASE TAKE NOTICE that on September 26, 2008, Defendant Juan Carlos Alfonso, by and through counsel, Todd W. Burns and Federal Defenders of San Diego, Inc., will ask this Court to enter an order authorizing issuance of a subpoena pursuant to 28 U.S.C. §1783.

Respectfully submitted,

Dated: September 5, 2008

*/s/ TODD W. BURNS*
TODD W. BURNS
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Alfonso
Todd_Burns@fd.org

TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Mr. Alfonso

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CAROLS ALFONSO, SR,<br>Defendant. | Criminal No. 08CR2970-BTM<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ALFONSO'S MOTION TO ISSUE SUBPOENA PURSUANT TO 28 U.S.C. §1783 |

**I.**

**<u>INTRODUCTION AND RELEVANT BACKGROUND</u>[1]**

Defendant Juan Carlos Alfonso, Sr., seeks this Court's authorization to issue a subpoena to the United States Consulate General in Tijuana, Mexico, care of the State Department's Executive Office of the Office of the Legal Adviser, pursuant to 18 U.S.C. §1783 and 22 C.F.R. §172.1 *et seq.*

Mr. Alfonso was arrested at the San Ysidro Port of Entry on August 22, 2008, and was charged by complaint with importation of marijuana. On September 3, 2008, a two-count indictment was filed, charging importation, and possession with intent to distribute, marijuana.

Federal Defenders of San Diego, Inc., was appointed to represent Mr. Alfonso on August 25, 2008. Shortly after that appointment, undersigned counsel became aware that there may be a duress defense in this case. Defense counsel also became aware that Mr. Alfonso -- a United States citizen -- may have telephoned

[1] This background is based on undersigned counsel's personal knowledge. <u>See</u> Dec. of Todd Burns (Exhibit A).

the United States Consulate in Tijuana about related threats made against him, approximately one month before his arrest. Accordingly, in three letters to Assistant United States Attorneys Carlos Cantu and Gregory Noonan (dated August 26, 27, and 29), undersigned counsel asked the government to seek out and provide materials relating to those contacts. The government has not responded to those requests.

Worried that important materials might be destroyed, defense counsel pursued a parallel track. On August 27, 2008, defense counsel spoke with Jessica Huaracayo from the United States Consulate in Tijuana, and Ms. Huaracayo indicated that the situation outlined by undersigned counsel (*i.e.*, a United States citizen calling the Consulate in the recent past, about threats relating to drug smuggling) was familiar, because she thought she was on-duty when one such call was received at the Consulate. Before she would provide any information or materials, Ms. Huaracayo asked defense counsel to submit a signed Privacy Release form from Mr. Alfonso.

On August 28, Ms. Huaracayo emailed undersigned counsel that her supervisor required a letter indicating why undersigned counsel sought the requested information and materials. That same day, undersigned counsel replied, indicating he sought the materials to aid in Mr. Alfonso's defense in a federal criminal case.

On September 5, Ms. Huaracayo emailed defense counsel that the Consulate would not turn over the requested material or information, and that defense counsel could seek such through a Freedom of Information Act ("FOIA") request. That same day, defense counsel responded by email, and indicated he would seek to subpoena the materials and information requested, pursuant to 28 U.S.C. §1783. Defense counsel inquired on whom he should serve the subpoena.

Later on September 5, Kay Barton, the Chief of American Citizen Services at the Consulate, called undersigned counsel and indicated three important things. First, Ms. Barton indicated the State Department's response to a FOIA request would likely take three months, thus proceeding by subpoena made more sense. Second, Ms. Barton indicated that a subpoena should be directed to the State Department's Executive Office of the Office of the Legal Adviser ("L/EX"), in Washington, D.C., pursuant to 22 C.F.R. §172.1 *et seq.* Third, Ms. Barton indicated that she thought the L/EX would authorize release of the materials sought by Mr. Alfonso, thus implicitly acknowledging such materials exist.

//

Accordingly, Mr. Alfonso seeks the Court's permission to issue a subpoena for production of information and materials relating to his telephone calls to the United States Consulate in Tijuana, in which he indicated he was being threatened.

**II.**

**THE COURT SHOULD AUTHORIZE ISSUANCE OF THE SUBPOENA**

Section 1783 of Title 18 of the United States Code governs issuance of subpoenas to a person in a foreign country, or for production of documents located in a foreign country. Given that the United States Consulate in Tijuana is located in the country of Mexico, this would seem to be the statute governing Mr. Alfonso's request. Section 1783 reads, in relevant part:

> **(a)** A court of the United States may order the issuance of a subpoena . . requiring the production of a specified document or other thing [by a national or resident of the United States], if the court finds that . . . production of the document or other thing by him is necessary in the interest of justice . . . .[2]
>
> **(b)** The subpoena shall designate the time and place . . . for the production of the document or other thing. Service of the subpoena . . . authorized by this section . . shall be effected in accordance with the provisions of the Federal Rules of Civil Procedure relating to service of process on a person in a foreign country. The person serving the subpoena shall tender to the person to whom the subpoena is addressed his estimated necessary travel and attendance expenses, the amount of which shall be determined by the court and stated in the order directing the issuance of the subpoena.

It is in the interest of justice for the Court to order production of the sought after materials and information: likely those amount to Brady-type information and materials, and requiring production imposes no unreasonable burden on the government. See United States v. Johnson, 735 F.2d 1200, 1202-03 (9th Cir. 1984).

As far as service, and the manner of production, Ms. Barton, of the United States Consulate in Tijuana, indicated service should be effected through the State Department's Executive Office of the Office of the Legal Adviser, in Washington, D.C., pursuant to 22 C.F.R. 172.1 *et seq.* Since there is no need for appearance of a witness at this time, and given that Mr. Alfonso is an indigent defendant, the Court should

//

---

[2] With respect to non-criminal matters, subsection (a) has the additional requirement that the document sought cannot be obtained in another manner. Since this is a criminal matter, that provision does not apply.

simply order that the State Department produce the sought-after information and materials to undersigned counsel, *via* mail or courier, by a set date.

## III.

## CONCLUSION

Mr. Alfonso requests that the Court grant the motion set out above.

Respectfully submitted,

Dated: September 5, 2008

*/s/ TODD W. BURNS*

TODD W. BURNS
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Alfonso
Todd_Burns@fd.org

# INDEX TO EXHIBITS

EXHIBIT A Declaration of Todd W. Burns . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of information and belief, and that a copy has been caused to be delivered this day upon:

1 Courtesy Copy to Honorable Barry T. Moskowitz,

1 Copy via CM/ECF to Gregory Noonan, Assistant U.S. Attorney

Dated: September 5, 2008

*/s/ Todd W. Burns*

TODD W. BURNS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: todd_burns@fd.org

# EXHIBIT A

TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467

Attorneys for Mr. Alfonso

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN CARLOS ALFONSO, SR.,<br>Defendant. | Criminal No. 08CR2970-BTM<br>**DECLARATION OF TODD W. BURNS** |

I, Todd W. Burns, declare, under penalty of perjury:

1. I am counsel for Defendant Juan Carlos Alfonso, Sr., with respect to the above-captioned case.

2. The background facts found in Mr. Alfonso's September 5, 2008 request to issue a subpoena, pursuant to 28 U.S.C. §1783, are based on my persona knowledge, and are true and correct.

I declare under penalty of perjury that the foregoing is true and correct. This document was executed on September 5, 2008, in San Diego, California.

TODD W. BURNS